## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-265** |
| **FRONTIER COMMUNICATIONS CORP.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-272** |
| **YELLOWPAGES.com LLC** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-569** |
| **GEORGIO ARMANI S.P.A.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-570** |
| **AROMATIQUE, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-571** |
| **GUCCI AMERICA, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-572** |
| **STARBUCKS CORP.,** *et al.*, | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-573** |
| **RENT-A-CENTER, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-574** |
| **THE WESTERN UNION COMPANY,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-575** |
| **ROYAL PURPLE, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-587** |
| **YAKIRA, L.L.C.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-175** |
| **WHERE 2 GET IT, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-403** |
| **ZOOSK, INC.** | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-404** |
| **EYE CARE CENTERS OF AMERICA, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-405** |
| **CIRCLE K STORES, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-421** |
| **AMERCO,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-424** |
| **7-ELEVEN, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-425** |
| **SUNBELT RENTALS, INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-426** |
| **CLASSIFIED VENTURES, LLC** | |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CANON INC.,** *et al.***,** | **2:12-cv-43** |
| **WHERE 2 GET IT, INC.,**<br><br>**v.**<br><br>**GEOTAG, INC.** | **2:12-cv-149** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AMERICAN APPAREL INC.** | **2:12-cv-436** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ABERCROMBIE & FITCH CO.** | **2:12-cv-437** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AMERICAN EAGLE OUTFITTERS INC.** | **2:12-cv-438** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ANN INC.** | **2:12-cv-439** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**NEW ASHLEY STEWART, INC.** | **2:12-cv-440** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BILLABONG RETAIL INC.** | **2:12-cv-441** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CATALOGUE VENTURES, INC.** | **2:12-cv-442** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BURBERRY LIMITED** | **2:12-cv-443** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BURLINGTON FACTORY WAREHOUSE CORPORATION** | **2:12-cv-444** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CACHE INC.** | **2:12-cv-445** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE WILLIAM CARTER COMPANY** | **2:11-cv-446** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CHARMING SHOPPES INC.** | **2:12-cv-447** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CHICO'S FAS INC.** | **2:12-cv-448** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CITI TRENDS INC.** | **2:12-cv-449** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CLAIRE'S BOUTIQUES, INC.** | **2:12-cv-450** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**COLDWATER CREEK INC.** | **2:12-cv-451** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>DAVID'S BRIDAL INC. | 2:12-cv-452 |
| GEOTAG, INC.,<br><br>v.<br><br>DEB SHOPS INC. | 2:12-cv-453 |
| GEOTAG, INC.,<br><br>v.<br><br>DELIAS INC. | 2:11-cv-454 |
| GEOTAG, INC.,<br><br>v.<br><br>DESTINATION MATERNITY CORPORATION | 2:12-cv-455 |
| GEOTAG, INC.,<br><br>v.<br><br>DIESEL U.S.A. INC. | 2:12-cv-456 |
| GEOTAG, INC.,<br><br>v.<br><br>DONNA KARAN INTERNATIONAL INC. | 2:12-cv-457 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LVMH MOET HENNESSY LOUIS VUITTON INC.** | **2:12-cv-458** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DOTS, LLC** | **2:12-cv-459** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**DRAPER'S & DAMON'S INC.** | **2:12-cv-460** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**EDDIE BAUER LLC** | **2:12-cv-461** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ESPRIT US RETAIL LIMITED** | **2:12-cv-462** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FACTORY CONNECTION LLC** | **2:11-cv-463** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE FINISH LINE INC.** | **2:11-cv-464** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FOREVER 21 RETAIL INC.** | **2:12-cv-465** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FORMAL SPECIALISTS LTD.** | **2:12-cv-466** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FREDERICK'S OF HOLLYWOOD STORES INC.** | **2:12-cv-467** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GROUPE DYNAMITE, INC. D/B/A GARAGE** | **2:12-cv-468** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GUESS? RETAIL INC.** | **2:12-cv-469** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**H&M HENNES & MAURITZ LP** | **2:12-cv-470** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HANESBRANDS INC.** | **2:12-cv-471** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HOT TOPIC INC.** | **2:12-cv-472** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HUGO BOSS FASHION INC.** | **2:12-cv-473** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**J. CREW GROUP INC.** | **2:12-cv-474** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**JIMMY JAZZ INC.** | **2:12-cv-475** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**JOS. A. BANK CLOTHIERS INC.** | **2:12-cv-476** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ALCO STORES INC.** | **2:12-cv-477** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FRED'S INC.** | **2:12-cv-478** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BAKERS FOOTWEAR GROUP** | **2:12-cv-479** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**BROWN SHOE COMPANY INC.** | **2:11-cv-480** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**COLLECTIVE BRANDS INC.** | **2:12-cv-481** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>CROCS INC. | 2:12-cv-482 |
| GEOTAG, INC.,<br><br>v.<br><br>DSW INC. D/B/A DSW SHOE INC. | 2:12-cv-483 |
| GEOTAG, INC.,<br><br>v.<br><br>FLEET FEET INC. | 2:12-cv-484 |
| GEOTAG, INC.,<br><br>v.<br><br>FOOT SOLUTIONS INC. | 2:12-cv-485 |
| GEOTAG, INC.,<br><br>v.<br><br>GENESCO INC. | 2:12-cv-486 |
| GEOTAG, INC.,<br><br>v.<br><br>HEELY'S INC. | 2:12-cv-487 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**JUSTIN BOOT COMPANY** | **2:12-cv-488** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AMERICAN GREETINGS CORPORATION** | **2:12-cv-520** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HALLMARK CARDS, INC.** | **2:12-cv-521** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**HICKORY FARMS INC.** | **2:12-cv-522** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SPENCER GIFTS LLC** | **2:12-cv-523** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**INTERNATIONAL COFFEE & TEA, LLC** | **2:11-cv-524** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>THINGS REMEMBERED, INC. | 2:11-cv-525 |
| GEOTAG, INC.,<br><br>v.<br><br>THE YANKEE CANDLE COMPANY, INC. | 2:12-cv-526 |
| GEOTAG, INC.,<br><br>v.<br><br>BOSE CORPORATION | 2:12-cv-527 |
| GEOTAG, INC.,<br><br>v.<br><br>GUITAR CENTER INC. | 2:12-cv-528 |
| GEOTAG, INC.,<br><br>v.<br><br>PROGRESSIVE CONCEPTS INC. | 2:12-cv-529 |
| GEOTAG, INC.,<br><br>v.<br><br>24 HOUR FITNESS WORLDWIDE INC. | 2:12-cv-530 |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>BALLY TOTAL FITNESS CORPORATION | 2:12-cv-531 |
| GEOTAG, INC.,<br><br>v.<br><br>BARE ESCENTIALS INC. | 2:12-cv-532 |
| GEOTAG, INC.,<br><br>v.<br><br>BIOSCRIP INC. | 2:12-cv-533 |
| GEOTAG, INC.,<br><br>v.<br><br>CRABTREE & EVELYN | 2:12-cv-534 |
| GEOTAG, INC.,<br><br>v.<br><br>CURVES INTERNATIONAL INC. | 2:12-cv-535 |
| GEOTAG, INC.,<br><br>v.<br><br>GOLD'S GYM INTERNATIONAL INC. | 2:12-cv-536 |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GREAT CLIPS INC.** | **2:12-cv-537** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**L.A. FITNESS INTERNATIONAL INC.** | **2:12-cv-538** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**LIFE TIME FITNESS INC.** | **2:12-cv-539** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**M.A.C. COSMETICS INC.** | **2:12-cv-540** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**MERLE NORMAN COSMETICS** | **2:11-cv-541** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.** | **2:12-cv-542** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**REGIS CORPORATION** | **2:12-cv-543** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SALLY BEAUTY SUPPLY LLC** | **2:12-cv-544** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SEPHORA USA INC.** | **2:12-cv-545** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**TONI&GUY USA, LLC** | **2:12-cv-546** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ULTA SALON, COSMETICS & FRAGRANCE, INC.** | **2:12-cv-547** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**VITAMIN SHOPPE INDUSTRIES, INC.** | **2:12-cv-548** |

| | |
|---|---|
| GEOTAG, INC.,<br><br>v.<br><br>EYEMART EXPRESS, LTD. | 2:12-cv-549 |
| GEOTAG, INC.,<br><br>v.<br><br>LUXOTTICA RETAIL NORTH AMERICA INC. | 2:11-cv-550 |
| GEOTAG, INC.,<br><br>v.<br><br>NATIONAL VISION INC. | 2:12-cv-551 |
| GEOTAG, INC.,<br><br>v.<br><br>U.S. VISION INC. | 2:12-cv-552 |
| GEOTAG, INC.,<br><br>v.<br><br>WILD BIRDS UNLIMITED INC. | 2:12-cv-553 |
| GEOTAG, INC.,<br><br>v.<br><br>JOS. A. BANK CLOTHIERS INC. | 2:12-cv-554 |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-555** |
| **BUTH-NA-BODHAIGE INC.** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-556** |
| **PSP GROUP, LLC** | |
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-557** |
| **RITZ INTERACTIVE LLC** | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION FOR EXTENSION OF TIME

The under-signed Defendants respectfully oppose GeoTag's Motion for Extension of Time to Secure New Counsel. (*See*, *e.g.*, Case No. 2:10-cv-570, Dkt. No. 510 ("Motion")). GeoTag's Motion demonstrates that it has not complied and will likely not comply with this Court's recent Order. Accordingly, Defendants respectfully request that the Court enforce its Order and dismiss these cases absent the appearance by September 13th of counsel fully able to prosecute these cases.

In the Court's August 30, 2012 Order Denying Motions to Withdraw As Counsel, the Court stated that it would "not grant withdrawal without substitute counsel capable of prosecuting Plaintiff's claims within the scheduled time frame." (*See*, *e.g.*, Case No. 2:10-cv-570, Dkt. No. 505 ("Order") at 15 (emphasis added)). By filing the present Motion for more

time to find counsel able to prosecute its claims, and by making clear that it has only retained "local counsel," GeoTag admits that it is not in compliance with the Court's Order.[1]

Moreover, the reasons stated in support of GeoTag's Motion do not provide any legitimate basis for failing to comply with the Court's Order and do not demonstrate good cause for the requested extension.  For instance, the "size, scope and complexity" of the litigation are not recent events that legitimately impeded GeoTag's search for substitute counsel.  GeoTag has had numerous law firms previously involved in this dispute, but has relieved all of them of their duties.[2]  Indeed, last August when these cases already had several hundred defendants, GeoTag had its then-counsel withdraw and substituted in the two firms that now presently seek to

---

[1]  During a telephonic meet-and-confer held on September 10, 2012, Mr. Andrew Spangler— who has entered an appearance as local counsel on behalf of GeoTag—indicated to Defendants that he had not been retained for the purpose of prosecuting GeoTag's claims. Moreover, Mr. Spangler's recent Notice of Appearance filed with this Court confirms that he has been retained only "as local counsel." (*See, e.g.*, Case No. 2:10-cv-570, Dkt. No. 509).

In addition, the Motion confirms that GeoTag retained Mr. Spangler to only "act as local counsel" while GeoTag requests "an additional 14 days to assemble its full team of lead counsel" who would ostensibly be tasked with prosecuting this case within the scheduled time frame.  (Motion at 28).  Indeed, GeoTag's Proposed Order requests an extension of time "to retain new counsel capable of prosecuting Plaintiff's claims."  (Motion at Proposed Order).

[2]  For instance, as indicated by the docket sheet, the following firms have entered appearances on behalf of GeoTag and been subsequently terminated in *GeoTag Inc. v. Yellowpages.com LLC*, Case No. 2:10-cv-272 (the following list does not include all firms that have entered appearances and been subsequently terminated in other GeoTag cases):

- Friedman Suder & Cooke – Terminated November 8, 2010;
- Knisely, Prehoditch & Panzer, PC – Terminated November 8, 2010;
- Collins Edmonds & Pogorzelski, PLLC – Terminated August 5, 2011;
- Charles van Cleef, Attorney at Law, PC – Terminated August 5, 2011;
- Ireland Carroll & Kelley – Terminated August 10, 2011;
- Buether Joe & Carpenter, LLC – Seeking Withdrawal as of August 29, 2012; and
- The Ni Law Firm PLLC – Seeking Withdrawal as of August 29, 2012.

withdraw.[3]  GeoTag was aware of the complexities associated with finding and retaining suitable counsel at least as of that time.   Further, any issues of scope and complexity are the result of GeoTag's strategic decision to simultaneously sue hundreds of parties.   GeoTag should not be permitted to fail to comply with Court Orders and continue to delay the prosecution of these cases based on an alleged "complexity" hardship that GeoTag itself has caused.   *See Finisar Corp. v. DirecTV Group, Inc.*, 424 F. Supp. 2d 896, 900 (E.D. Tex. 2006) (request for delay of deadline denied because reason for delay was "fully in control of" movant).

Therefore, it is clear that GeoTag has not yet retained substitute counsel fully able to prosecute its claims as required by the Court's Order.   Accordingly, the under-signed Defendants respectfully request that the Court deny GeoTag's Motion for Extension of Time to Secure New Counsel, and, unless GeoTag fully complies with the Court's Order by September 13, 2012, that the above-captioned cases be dismissed.

.

---

[3]   *See*, *e.g.*, Case No. 2:10-cv-570, Dkt. No. 294 (requesting substitution of the Ni Law Firm, PLLC for Collins, Edmonds & Pogorzelski, PLLC and Cooper & Van Cleef, PLLC), and Case No. 2:10-cv-571, Dkt. No. 253 (requesting substitution of Buether Joe & Carpenter, LLC for Collins, Edmonds & Pogorzelski, PLLC and Cooper & Van Cleef, PLLC).

Dated: September 11, 2012                    Respectfully submitted,

                                             */s/ Willem G. Schuurman*
                                             Willem G. Schuurman (TX Bar No. 17855200)
                                             Avelyn M. Ross (TX Bar No. 24027871)
                                             Ajeet P. Pai (TX Bar No. 24060376)
                                             James D. Shead (TX Bar No. 24070609)
                                             Patrick Doll (TX Bar No. 24078432)
                                             VINSON & ELKINS LLP
                                             2801 Via Fortuna, Suite 100
                                             Austin, Texas 78746-7568
                                             Tel: (512) 542-8400
                                             Fax: (512) 236-3218
                                             bschuurman@velaw.com
                                             aross@velaw.com
                                             apai@velaw.com
                                             jshead@velaw.com
                                             pdoll@velaw.com

                                             **ATTORNEYS FOR DEFENDANTS
                                             7-ELEVEN, INC., BARE ESCENTUALS, INC.,
                                             BURBERRY LIMITED, CHRISTIAN DIOR
                                             PERFUMES, LLC, CRABTREE & EVELYN,
                                             LTD., DONNA KARAN INTERNATIONAL
                                             INC., GOLD'S GYM INTERNATIONAL, INC.,
                                             LVMH MOET HENNESSY LOUIS VUITTON
                                             INC., AND SEPHORA USA INC.**

*/s/ Michael A. Bittner*
Neil J. McNabnay (TX Bar No. 24002583)
Michael A. Bittner (TX Bar No. 24064905)
Jane J. Du (TX Bar No. 24076355)
FISH & RICHARDSON PC
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel:  (214) 747-5070
Fax: (214) 747-2091
njm@fr.com
mrb@fr.com
jjd@fr.com

COUNSEL FOR DEFENDANTS
AMERICA GREETINGS CORPORATION; ASICS
AMERICA CORP.; AVIS BUDGET GROUP, INC.;
AVIS RENT A CAR SYSTEM, LLC; BEST MAID
PRODUCTS, INC.; BJ'S WHOLESALE CLUB, INC.;
THE BOEING COMPANY; BROOKSTONE COMPANY,
INC.; BURGER KING CORP.; CABELA'S, INC.;
CHANEL, INC.; CHARMING SHOPPES INC.; CICI
ENTERPRISES, LP D/B/A/ CICI'S PIZZA; DAVID'S
BRIDAL INC.; DOCTOR'S ASSOCIATES, INC. D/B/A
SUBWAY; DOLLAR RENT A CAR, INC.; DOLLAR
THRIFTY AUTOMOTIVE GROUP, INC.; DOLLAR
TREE, INC.; FORMAL SPECIALISTS LTD.; GATES
THAT OPEN, LLC D/B/A/ MIGHTY MULE; GUESS?
RETAIL INC.; INTERSTATE BATTERY SYSTEMS OF
AMERICA, INC.; JACK IN THE BOX, INC.; JOS. A.
BANK CLOTHIERS INC.; KOHLER CO.; KUBOTA
TRACTOR CORP.; LEARNING EXPRESS, INC.; LIVE
NATION WORLDWIDE, INC.; LUXOTTICA RETAIL
NORTH AMERICA INC.; MEXICAN RESTAURANTS,
INC.;  PIP, INC. D/B/A PIP PRINTING AND
MARKETING SERVICES; POLO RALPH LAUREN
CORP.; RADIO SHACK CORP.; RALPH LAUREN
MEDIA, LLC; RHINO LININGS CORP.;
RICHEMONT NORTH AMERICA, INC. D/B/A
CARTIER; SEVEN FOR ALL MANKIND, LLC;
SOUTHERN STATES COOPERATIVE; STERLING
JEWELERS, INC. D/B/A JARED THE GALLERIA OF
JEWELRY D/B/A KAY JEWELERS; TICKETMASTER
L.L.C.; THRIFTY, INC.; ULTA SALON, COSMETICS
& FRAGRANCE, INC.; VAN CLEEF & ARPELS, INC.;
VITAMIN COTTAGE FOOD MARKETS, INC.; WINN-
DIXIE STORES, INC.

/s/ *Brian K. Buss*
Danny L. Williams (TX Bar No. 21518050)
Lead Counsel
Brian K. Buss (TX Bar No. 00798089)
WILLIAMS, MORGAN & AMERSON, PC
10333 Richmond Avenue, Suite 1100
Houston, TX 77042
Tel: (713) 934-7000
Fax: (713) 934-7011
dwilliams@wmalaw.com
bbuss@wmalaw.com

**ATTORNEY FOR DEFENDANTS
BESTBUY.COM, LLC; OLD NAVY, LLC;
TARGET CORP.; NORDSTROM, INC.;
BANANA REPUBLIC, LLC; GAP INC.;
COSTCO WHOLESALE CORP.; PETCO
ANIMAL SUPPLIES, INC.; PETCO ANIMAL
SUPPLIES STORES, INC.; ZALE
DELAWARE, INC.; STARBUCKS CORP.;
DUNKIN' BRANDS, INC.; DUNKIN' DONUTS,
LLC; DARDEN CORP.; MCDONALD'S
CORP.; CVS PHARMACY, INC.; CUMMINS,
INC.; DEERE & CO.; RITE AID CORP.; A&W
RESTAURANTS, INC.; KFC CORP.; LONG
JOHN SILVER'S, INC.; PIZZA HUT, INC.;
TACO BELL CORP.; JC PENNEY
CORPORATION, INC.; SPATIALPOINT LLC;
WAL-MART STORES, INC.; COLDWATER
CREEK, INC; SALLY BEAUTY SUPPLY,
LLC; L.A. FITNESS INTERNATIONAL, LLC;
BALLY TOTAL FITNESS CORP.; EDDIE
BAUER LLC; and HALLMARK CARDS
INCORPORATED**

*/s/ Kamran Jivani*
Robert L. Lee (GA Bar No. 443978)
Kamran Jivani (GA Bar No. 510908)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel:  (404) 881-7000
Fax:  (404) 881-7777
bob.lee@alston.com
kamran.jivani@alston.com

Jason W. Cook (TX Bar No. 24028537)
Derek S. Neilson (TX Bar No. 24072255)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Tel:  (214) 922-3400
Fax: (214) 922-3899
jason.cook@alston.com
derek.neilson@alston.com

**COUNSEL FOR DEFENDANTS AFC
ENTERPRISES, INC.; BASS PRO, INC.; BPS
DIRECT, L.L.C.; BASS PRO OUTDOORS
ONLINE, L.L.C.; DILLARD'S, INC.; HOBBY
LOBBY STORES, INC. D/B/A HOBBY LOBBY
CREATIVE CENTERS D/B/A HOBBY
LOBBY; JOANN.COM, LLC AND JO-ANN
STORES, INC.; GAMESTOP CORP.; THE
TJX COMPANIES, INC. D/B/A TJ MAXX;
BARNES & NOBLE, INC. AND
BARNESANDNOBLE.COM, LLC; BIG LOTS,
INC. AND BIG LOTS STORES, INC.; GUCCI
AMERICA, INC.; LESLIE'S POOLMART,
INC. D/B/A LESLIE'S POOLMART D/B/A
LESLIE'S SWIMMING POOL SUPPLIES
D/B/A LESLIE'S; PANERA BREAD
COMPANY AND PANERA, LLC;
AUTOZONE, INC.; CARMAX BUSINESS
SERVICES, LLC AND CARMAX, INC.;
BRAKE CENTERS OF THE SOUTHWEST,
INC. D/B/A JUST BRAKES AND JUST
BRAKES OF NEVADA, INC. D/B/A JUST
BRAKES; O'REILLY AUTOMOTIVE, INC.**

D/B/A O'REILLY AUTO PARTS; THE PEP
BOYS – MANNY, MOE & JACK D/B/A PEP
BOYS; FAMILY DOLLAR STORES, INC.
AND FAMILY DOLLAR, INC.; MATTRESS
GIANT CORPORATION; WHOLE FOODS
MARKET IP, L.P. AND WHOLE FOODS
MARKET SERVICES, INC.; CLARK
EQUIPMENT COMPANY D/B/A BOBCAT
COMPANY; GRACO, INC.; THE KROGER
CO.; DILLON COMPANIES, INC. D/BA
DILLON FOOD STORES D/BA DILLONS
D/B/A BAKER'S SUPERMARKETS D/B/A
CITY MARKET D/B/A KING SOOPERS D/B/A
GERBES SUPER MARKETS; FOOD 4 LESS
GM, INC.; FOOD 4 LESS HOLDINGS, INC.;
FRED MEYER STORES, INC. D/B/A
QUALITY FOOD CENTERS D/B/A QFC;
KROGER LIMITED PARTNERSHIP I D/B/A
JAYC FOOD STORES D/B/A PAY LESS
SUPER MARKETS; KROGER LIMITED
PARTNERSHIP II; KROGER TEXAS L.P.;
PAY LESS SUPER MARKETS, INC.; RALPHS
GROCERY COMPANY D/B/A RALPHS D/B/A
FOOD 4 LESS D/B/A FOODS CO.; SMITH'S
FOOD & DRUG CENTERS, INC. D/B/A
SMITH'S FOOD & DRUG STORES D/B/A
SMITH'S D/B/A FRY'S FOOD STORES; THE
VALSPAR CORPORATION; BELK, INC.;
CMRG APPAREL, LLC; BUTH-NA-
BODHAIGE, INC.; CATALOGUE
VENTURES, INC.; BROWN SHOE
COMPANY, INC.; BURLINGTON COAT
FACTORY WAREHOUSE CORP.; THE
WILLIAM CARTER COMPANY; CHICO'S
FAS, INC.; CITI TRENDS, INC.;
COLLECTIVE BRANDS, INC.; GUITAR
CENTER, INC.; RITZ INTERACTIVE LLC;
DOTS, LLC; THE FINISH LINE, INC.;
ROYAL PURPLE, INC.; SOLUTIA, INC.

*/s/ Kamran Jivani*

Robert L. Lee
Kamran Jivani
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Tel:  (404) 881-7000
Fax:  (404) 881-7777
Bob.lee@alston.com
Kamran.jivani@alston.com

Adam D. Swain
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC 20004
Tel:  (202) 756-3300
Fax:  (202) 756-3333
Adam.swain@alston.com

Jason W. Cook
Derek S. Neilson
ALSTON & BIRD LLP
2828 Harwood Street, Suite 1800
Dallas, TX  75201
Tel:  (214) 922-3400
Fax:  (214) 922-3899
Jason.cook@alston.com
Derek.neilson@alston.com

**COUNSEL FOR DEFENDANTS
KOHL'S ILLINOIS INC., KOHL'S
DEPARTMENT STORES INC., KOHL
CORPORATION, COACH INC., STAPLES
INC., PAPA JOHNS INTERNATIONAL, INC.,
PAPA JOHNS USA INC., DUNKIN BRANDS,
INC. D/B/A DUNKIN DONUTS, DUNKIN
DONUTS, INC., BRINKER INTERNATIONAL,
INC. D/B/A ROMANO'S MACARONI GRILL
D/B/A MAGGIANO'S LITTLE ITALY,  THE
HERTZ CORP. D/B/A HERTZ CORP. D/B/A
HERTZ CAR RENTAL,  FIFTH THIRD
BANCORP D/B/A FIFTH THIRD BANK,
OFFICEMAX INC., STEELCASE INC.,
SUNTRUST BANKS INC. D/B/A SUNTRUST**

**BANK, SUNTRUST INVESTMENT SERVICES INC., HOME DEPOT USA, INC. D/B/A THE HOME DEPOT, WALGREENS, SONIC CORPORATION, WENDY'S/ARBY'S GROUP, INC., WENDY'S INTERNATIONAL INC., WENDY'S/ARBY'S RESTAURANTS, LLC,;OLDEMARK LLC; ANN, INC.; BOSE CORP.; 24 HOUR FITNESS USA, INC.; VITAMIN SHOPPE INDUSTRIES, INC.; GREAT CLIPS INC. AND JOS. A. BANK CLOTHIERS INC.**

*/s/ Brian C. McCormack*

Mark D. Taylor (TX Bar No. 19713250)
Brian C. McCormack (TX Bar No. 00797036)
Andrew C. Moreton (TX Bar No. 24074755)
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
mark.taylor@bakermckenzie.com
brian.mccormack@bakermckenzie.com
andrew.moreton@bakermckenzie.com

**COUNSEL FOR DEFENDANTS
NEW ALBERTSON'S, INC.; AROMATIQUE,
INC.; AS AMERICA, INC.; BOB EVANS
FARMS, INC.; BOB EVANS RESTAURANTS
OF MICHIGAN, LLC; CEC
ENTERTAINMENT, INC.; CEC
ENTERTAINMENT CONCEPTS, L.P.;;
ESPRIT US RETAIL LIMITED; HEELING
SPORTS, LTD.; HUGO BOSS FASHIONS,
INC.; LITTLE CAESAR ENTERPRISES, INC.;
PIGGLY WIGGLY, LLC; and QUEST
DIAGNOSTICS INCORPORATED**

*/s/ Robert M. Fuhrer*
George M. Sirilla (admitted pro hac vice)
Jack S. Barufka (admitted pro hac vice)
Robert M. Fuhrer (admitted pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102
Tel:  (703) 770-7900
Fax:  (703) 770-7901

**ATTORNEYS FOR DEFENDANTS
BASS PRO, INC., BPS DIRECT, LLC, AND BASS
PRO OUTDOORS ONLINE, LLC**

*/s/ Deron R. Dacus*
Deron R. Dacus (TX State Bar No. 00790553)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX   75701
Tel/Fax:  (903) 705-1117
ddacus@dacusfirm.com

Matthew A. Williams (KY Bar No. 90727)
WYATT, TARRANT & COMBS, LLP
PNC Plaza, Suite 2800
500 West Jefferson Street
Louisville, KY  40202-2898
Tel:  (502) 562-7378
Fax:  (502) 589-0309
mwilliams@wyattfirm.com

**Counsel for Cracker Barrel Old Country Store, Inc.**

/s/ Michael C. Smith
Michael C. Smith (TX Bar No.18650410)
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
Tel:  (903) 938-8900
michaelsmith@siebman.com

Robert J. Lenihan, II (*pro hac vice*)
Brent G. Seitz (*pro hac vice*)
HARNESS, DICKEY & PIERCE, PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
Tel:  (248) 641-1600
rjlenihan@hdp.com
bseitz@hdp.com

**ATTORNEYS FOR LA-Z-BOY INCORPORATED**

/s/ Gregory F. Ahrens
Gregory F. Ahrens (admitted pro hac vice)
WOOD, HERRON & EVANS, LLP
441 Vine Street, 2700 Carew Tower
Cincinnati, OH  45202
Tel:  (513) 241-2324
Fax:  (513) 241-6234
gahrens@whepatent.com

**ATTORNEY FOR DEFENDANT**
**NATIONAL INTERLOCK SYSTEMS, INC.; DSW, INC.**

*/s/ Michael J. Harris*
Christopher J. Renk (IL Bar No. 6199012)
(Lead Attorney)
Thomas K. Pratt (IL Bar No. 6209761)
Michael J. Harris (IL Bar No. 6280168)
BANNER & WITCOFF, LTD
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001
crenk@bannerwitcoff.com
tpratt@bannerwitcoff.com
mharris@bannerwitcoff.com

**ATTORNEYS FOR DEFENDANT NIKE, INC.**


*/s/ Brian W. LaCorte*
Brian W. LaCorte (AZ Bar No. 012237)
Jonathon A. Talcott (MN Bar No. 0391457)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004
Tel: (602) 798-5400
Fax: (602) 798-5595
lacorteb@ballardspahr.com
talcottj@ballardspahr.com

William Cornelius (TX Bar No. 04834700)
WILSON, ROBERTSON & CORNELIUS, PC
P.O. Box 7339
Tyler, TX 75711-7339
Tel:  (903) 509-5000
Fax:  (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANTS
THE REINALT-THOMAS CORPORATION;
AMERCO; EMOVE, INC.; U-HAUL
INTERNATIONAL, INC.; U-HAUL LEASING
& SALES CO.; AND WEB TEAM
ASSOCIATES, INC.**

*/s/ Jeremy S. Snodgrass*

J. Thad Heartfield (TX Bar No. 09346800)
M. Dru Montgomery (TX Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Of Counsel:
Ralph J. Gabric
Tadashi Horie
Rickard K. DeMille
Jeremy S. Snodgrass
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Tel: (312) 321-4200
Fax: (312) 321-4299

**ATTORNEYS FOR DEFENDANTS SEIKO
CORPORATION OF AMERICA,
SEIKO INSTRUMENTS INC., AND
SEIKO WATCH CORP.**

/s/ R. Kyle Hawes
R. Kyle Hawes  (TX Bar No. 00796725)
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN, PC
1200 Smith Street, Suite 1400
Houston, TX 77002
Tel:  (713) 658-1818
Fax:  (713) 658-2553
kyle.hawes@chamberlainlaw.com

Mary Ann L. Wymore (admitted pro hac vice)
J. Andrew Walkup (admitted pro hac vice)
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102
Tel:  (314) 241-9090
Fax:  (314) 345-5499
mlw@greensfelder.com
aw@greensfelder.com

**ATTORNEYS FOR DEFENDANT
JIM'S FORMAL WEAR CO.**

*/s/ Elizabeth L. DeRieux*

S. Calvin Capshaw, III (TX Bar No. 03783900)
Elizabeth L. DeRieux (TX Bar No. 05770585)
D. Jeffrey Rambin (TX Bar No. 00791478)
CAPSHAW DERIEUX, LLP
114 E. Commerce Avenue
Gladewater, TX  75647
Tel:  (903) 236-9800
Fax  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Michael N Zachary
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101
Tel:  (206) 682-8100
Fax:  (206) 224-0779
michael.zachary@cojk.com

**Counsel for Defendant**
**Pacific Bioscience Laboratories, Inc.**


*/s/ Fran Aden*

Fran Aden (TX Bar No. 24050202)
HUNTON & WILLIAMS LLP
700 Louisiana, Suite 4200
Houston, TX 77002
Tel:  (713) 229-5700
Fax:  (713) 229-5750
faden@hunton.com

**ATTORNEY FOR DEFENDANT**
**THE SCOTTS COMPANY LLC**

*/s/ Lindsay L. Hargrove*
Lindsey L. Hargrove (TX Bar No. 24065373)
MCGUIREWOODS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX  77002-2906
Tel:  (713) 571-9191
Fax:  (713) 571-9652
lhargrove@mcguirewoods.com

David E. Finkelson (admitted *pro hac vice*)
Derek H. Swanson (admitted *pro hac vice*)
Lead Counsel
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Tel:  (804) 775-1000
Fax:  (804) 775-1061
dfinkelson@mcguirewoods.com
dswanson@mcguirewoods.com

**COUNSEL FOR DEFENDANTS
REMINGTON ARMS COMPANY, INC. AND
STIHL INCORPORATED**

/s/ *Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
FINDLAY CRAFT, LLP
Principal Office:
6760 Old Jacksonville Highway, Suite 101
Tyler, TX  75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Joseph V. Saphia
W. Edward Bailey
WIGGIN AND DANA LLP
450 Lexington Avenue, Suite 3800
New York, NY 10017
Tel:  (212) 490-1700
Fax: (212) 490-0536
jsaphia@wiggin.com
ebailey@wiggin.com

**Attorneys for Defendants**
**AutoNation, Inc. and American Eagle Outfitters**
**Inc.**

*/s/ Scott Partridge*
Scott F. Partridge (TX Bar No. 00786940)
Elizabeth Durham (TX Bar No. 24045815)
William P. Rothwell (TX Bar No. 24066005)
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
Tel:  (713) 229-1569
Fax:  (713) 229-7769
scott.partridge@bakerbotts.com
liz.durham@bakerbotts.com
william.rothwell@bakerbotts.com

**ATTORNEYS FOR DEFENDANT HEB
GROCERY COMPANY, LP**


*/s/ Laura A. Wytsma*
Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL  60610-4746
Tel:  (312) 464-3100
Fax:  (312) 464-3111
jsigale@loeb.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067
Tel:  (310) 282-2000
lwytsma@loeb.com

Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Tel:  (903) 534-1100
EFindlay@FindlayCraft.com

**Attorneys for Defendants Trane US, Inc. and
Trane, Inc.**

*/s/ Charles Ainsworth*
Charles Ainsworth (TX Bar No. 00783521)
PARKER, BUNT & AINSWORTH, PC
100 E. Ferguson, Suite 1114
Tyler, TX  75702
Tel:  (903) 531-3535
Fax:  (903) 533-9687
charley@pbatyler.com

OF COUNSEL:
Michael A. Cohen (Admitted Pro Hac Vice)
SCHWABE WILLIAMSON & WYATT PC
1211 S.W. Fifth Avenue, Suite 1600
Portland, OR  97204
Tel:  (503) 796-2488
Fax:  (503) 796-2900
mcohen@schwabe.com

**Attorneys for Defendants**
**Columbia Sportswear Company, Columbia**
**Sportswear North America, Inc., and  Columbia**
**Sportswear USA Corp.**

*/s/ Kirby B. Drake*
Darin M. Klemchuk (TX Bar No. 24002418)
Casey L. Griffith (TX Bar No. 24036687)
Kirby B. Drake (TX Bar No. 24036502)
KLEMCHUK KUBASTA LLP
8150 N. Central Expressway, 10th Floor
Tel:  (214) 367-6000
Fax:  (214) 367-6001
darin.klemchuk@kk-llp.com
casey.griffith@kk-llp.com
kirby.drake@kk-llp.com

**ATTORNEYS FOR DEFENDANT ACADEMY, LTD.**

*/s/ J. Thad Heartfield*
J. Thad Heartfield (TX Bar No. 09346800)
M. Dru Montgomery (TX Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel:  (409) 866-3318
Fax:  (409) 866-5789
thad@jth-law.com
dru@jth-law.com

John G. Bisbikis
Illinois Bar No. 6209732
Avani C. Macaluso
Illinois Bar No. 6280832
MCDERMOTT WILL & EMERY, LLP
227 West Monroe Street, Suite 4400
Chicago, IL 60606
Tel:  (312) 372-2000
Fax:  (312) 984-7700
jbisbikis@mwe.com
amacaluso@mwe.com

**COUNSEL FOR DEFENDANT
CRAFTMASTER MANUFACTURING, INC.**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel:  (409) 866-3318
Fax:  (409) 866-5789
thad@jth-law.com
dru@jth-law.com

**COUNSEL FOR DEFENDANT,
CALIFORNIA PIZZA KITCHEN, INC.**

*/s/ James S. Blackburn*
James S. Blackburn (*Pro Hac Vice*)

Ali R. Sharifahmadian (*Pro Hac Vice*)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
James.blackburn@aporter.com
Ali.sharifahmadian@aporter.com

Michael E. Jones (TX Bar No. 10929400)
Allen F. Gardner (TX Bar No. 24043679)
Daniel A. Noteware, Jr. (TX Bar No. 24051123)
POTTER MINTON
110 N. College Avenue, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com
dannynoteware@potterminton.com

***Attorneys for Defendants***
***Local.com Corporation; Dex One Corporation;***
***Yellow Book USA, Inc.; Yelp!, Inc.; CityGrid***
***Media, LLC; Match.com SN, LLC; Match.com,***
***LLC; ServiceMagic, Inc.; People Media, Inc.;***
***International Coffee & Tea, LLC; and Crocs Inc.***

*/s/ Keith A. Robb*

Douglas D. Fletcher (TX Bar No. 07139500)
Attorney in Charge
Keith A. Robb (TX Bar No. 24004889)
FLETCHER, FARLEY, SHIPMAN & SALINAS, LLP
8750 N. Central Expressway, 16th Floor
Dallas, TX 75231
Tel:  (214) 987-9600
Fax:  (214) 987-9866
doug.fletcher@fletcherfarley.com
keith.robb@fletcherfarley.com

**ATTORNEYS FOR DEFENDANT
TASER INTERNATIONAL, INC.**

*/s/ Michael J. Zinna* _____

Charles Ainsworth (TX Bar No. 00783521)
PARKER, BUNT & AINSWORTH, PC
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Tel:  (903) 531-3535
Fax:  (903) 533-9687
charley@pbatyler.com


OF COUNSEL:

John F. Ward
Michael J. Zinna
David G. Lindenbaum
Patrick R. Colsher
Matthew C. Berntsen
WARD & ZINNA, LLC
380 Madison Avenue
New York, NY 10017
Tel:  (212) 697-6262
Fax:  (212) 972-5866
jward@wardzinna.com
mzinna@wardzinna.com
dlindenbaum@wardzinna.com
pcolsher@wardzinna.com
mberntsen@wardzinna.com

**Attorneys for Defendant
Godiva Chocolatier, Inc.**

*/s/ Terence P. Ross*

Jennifer Parker Ainsworth (TX Bar No. 00784720)
WILSON, ROBERTSON & CORNELIUS, PC
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, TX  75701
Tel:  (903) 509-5000
Fax:  (903) 509-5092
jainsworth@wilsonlawfirm.com


Terence P. Ross (admitted pro hac vice)
Jeffrey D. Ahdoot (admitted pro hac vice)
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Tel:  (202) 624-2500
Fax:  (202) 628-5116
tross@crowell.com
jahdoot@crowell.com

**Attorneys for Defendants Enterprise Holdings, Inc. and Vanguard Car Rental USA, LLC**

_/s/ Trey Yarbrough_
Trey Yarbrough (TX Bar No. 22133500)
Debby E. Gunter (TX Bar No. 24012752)
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel:  (212) 336-8000
Fax:  (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS APPLEBEE'S
INTERNATIONAL, INC. AND APPLEBEE'S IP, LLC**


_/s/ Anthony F. Lo Cicero_
Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel:  (212) 336-8000
Fax:  (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS IHOP IP, LLC
AND DINEEQUITY, INC.**

/s/ *R. David Donoghue*
Michael C. Smith
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
113 East Austin Street
P.O. Box 1556
Marshall, TX 75671-1556
Tel:  (903) 938-8900
Fax:  (972) 767-4620
michaelsmith@siebman.com

R. David Donoghue (admitted pro hac vice)
Steven E. Jedlinski (admitted pro hac vice)
Daniel L. Farris (admitted pro hac vice)
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel:  (312) 263-3600
Fax:  (312)578-6666
david.donoghue@hklaw.com
daniel.farris@hklaw.com

**Attorneys for Defendant Herman Miller, Inc.**

/s/ *Jeff Eichen*
Jeffrey L. Eichen (DE Bar No. 5331)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street, 9th floor
P.O. Box 2207
Wilmington, DE 19899
Tel.:  (302) 888-6304
Fax:  (302) 658-5614
jeichen@cblh.com

Marisa M. Schouten (TX Bar No. 24039163)
MARTIN WALKER, PC
522 S. Broadway, Suite 200
Tyler, TX 75702
Tel.:  (903) 526-1600
Fax:  (903) 595-0796

**Attorney for Defendants Dress Barn, Inc. and
Maurices Incorporated**

/s/ *Benjamin Hershkowitz*
Benjamin Hershkowitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Tel:  (212) 351-4000
Fax:  (212) 351-4035
bhershkowitz@gibsondunn.com

**Attorney for Defendant/Counterclaimant
Footlocker.com, Inc.**

/s/ *Michael A. Oakes*

Edward F. Fernandes
HUNTON & WILLIAMS LLP
111 Congress Avenue, Suite 1800
Austin, TX 78701
Tel: (512) 542-5000
Fax: (512) 542-5049
efernandes@hunton.com

Michael A. Oakes
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 778-7459
moakes@hunton.com

**ATTORNEYS FOR LOWE'S HOME
CENTERS, INC**

/s/ *Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
Walter W. Lackey, Jr. (TX Bar No. 24050901)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

William E. Devitt
Tiffany P. Cunningham (admitted pro hac vice)
Ian J. Block (admitted pro hac vice)
KIRKLAND & ELLIS - Chicago
300 N. LaSalle Street
Chicago, IL 60654
Tel:  (312) 862-2000
Fax:  (312) 862-2200
wdevitt@kirkland.com
tiffany.cunningham@kirkland.com
ian.block@kirkland.com

**COUNSEL FOR DEFENDANTS
ADVANCE AUTO PARTS, INC, ADVANCE
STORES COMPANY, INC., E-ADVANCE
LLC, AND HANESBRANDS, INC.**

/s/ *Phong D. Nguyen*
Robert G Abrams - LEAD ATTORNEY
Gregory J. Commins, Jr.
Phong D. Nguyen (TX Bar No. 24002690)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Tel: (202) 861-1500
Fax: (202) 861-1783
rabrams@bakerlaw.com
gcommins@bakerlaw.com
pnguyen@bakerlaw.com

**Attorneys for Defendant**
**Caterpillar Inc.**


/s/ *Stayton L. Worthington*
Don V. Kelly, (admitted pro hac vice)
Eugene P. Schmittgens Jr., (admitted pro hac vice)
Benjamin M. Fletcher (admitted pro hac vice)
EVANS & DIXON, LLC
211 N. Broadway, Suite 2500
St. Louis, MO 63102
Tel: (314) 552-4066
Fax: (314) 884-4466
dkelly@evans-dixon.com
gschmittgens@evans-dixon.com
bfletcher@evans-dixon.com

Stayton L. Worthington (TX Bar No. 22010200)
COGHLAN CROWSON, LLP
1127 Judson Road, Suite 211
P.O. Box 2665
Longview, TX 75606

**ATTORNEYS FOR DEFENDANT**
**THE SWAN CORPORATION**

*/s/ Allison H. Altersohn*
Douglas R. McSwane, Jr. (TX Bar No. 13861300)
POTTER MINTON
110 N. College Avenue, Suite 500
Tyler, TX 75702
Tel:  (903) 597-8311
Fax:  (903) 593-0846
dougmcswane@potterminton.com


Allison H. Altersohn (admitted pro hac vice)
Jonathan D. Ball (admitted pro hac vice)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel:  (212) 556-2100
Fax:  (212) 556-2222
aaltersohn@kslaw.com
jball@kslaw.com

**ATTORNEYS FOR DEFENDANT
AVON PRODUCTS, INC.**


*/s/ Melissa Richards Smith*
Melissa Richards Smith (TX Bar No. 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX  75670
Tel:  (903) 934-8450
Fax:  (903) 934-9257
melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS
THE WESTERN UNION COMPANY;
WESTERN UNION HOLDINGS, INC.; and
PIZZA INN, INC.**

*/s/ Michael C. Smith*

Michael C. Smith (TX Bar No.18650410)

Siebman, Burg, Phillips & Smith, LLP

P.O. Box 1556

113 E. Austin Street

Marshall, TX 75671-1556

Tel:  (903) 938-8900

michaelsmith@siebman.com

Alan M. Fisch (DC Bar No. 453068)

KAYE SCHOLER LLP

The McPherson Building

901 Fifteenth Street, NW

Washington, DC 20005-2327

Tel:  (202) 682-3500

Fax:  (202) 682 3580

alan.fisch@kayescholer.com

**Attorney for TA Operating LLC**

*/s/ Roy W. Hardin*
Roy W. Hardin
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
Tel:  (214) 740-8000
Fax:  (214) 740-8800
rhardin@lockelord.com

Steven F. Meyer
David H. T. Kane
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, NY  10281-2101
Tel:  (212) 415-8600
Fax:  (212) 303-2754
smeyer@lockelord.com
dkane@lockelord.com

Brian W. Brokate
Jeffrey E. Dupler
GIBNEY, ANTHONY, & FLAHERTY LLP
665 Fifth Avenue
New York, NY 10022
Tel:  (212) 688-5151
Fax:  (212) 688-8315
bwbrokate@gibney.com
jdupler@gibney.com

**ATTORNEYS FOR DEFENDANT
ROLEX WATCH USA, INC.**

*/s/ Stewart Mesher*
Stewart Mesher, Attorney-in-Charge
CONLEY ROSE, PC
2508 Ashley Worth Boulevard, Suite 200
Austin, TX 78738
Tel:  (512) 610-3410
Fax:  (512) 610-3456
smesher@conleyrose.com

**ATTORNEY FOR DEFENDANT
MR. GATTI'S, L.P.**

*/s/ Deron R. Dacus*
Deron R. Dacus (TX Bar No. 00790553)
Shannon M. Dacus (TX Bar No. 00791004)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Tel:  (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com
sdacus@dacusfirm.com

Michael A. Swartzendruber (TX Bar No. 19557702)
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel:  (214) 855-8000
Fax:  (214) 855-8200
mswartzendruber@fulbright.com

Michael C. Barrett  (TX Bar No. 24006803)
Mark T. Garrett (TX Bar No. 24007225)
Sarah R. Holland (TX Bar No. 24055679)
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel:  (512) 474-5201
Fax:  (512) 536-4598
mbarrett@fulbright.com
sholland@fulbright.com

***Counsel for Counsel for Cinemark Holdings, Inc.; Cinemark USA, Inc.; Christus Health a/k/a Christus Health Non-Profit Corp.; Christus Health Foundation; Dollar General Corp.; National Vision, Inc.; Office Depot, Inc.; Regis Corporation; and Spencer Gifts LLC.***

*/s/ Thomas W. Cunningham*
Frank A. Angileri
Thomas W. Cunningham
John Leroy
1000 Town Center, 22nd Floor
Southfield, MI  48075
Tel: (248) 358-4400
Fax: (248) 358-3351
fangileri@brookskushman.com
tcunningham@brookskushman.com
jleroy@brookskushman.com

**COUNSEL FOR DEFENDANTS
DOMINO'S PIZZA, INC. and
TEREX CORPORATION**

*/s/ Margaret Elizabeth Day*
Margaret Elizabeth Day (CA Bar No. 177125)
FEINBERG DAY ALBERTI & THOMPSON LP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Tel:  (650) 618.4360
Fax:  (650) 618.4368
eday@feinday.com

**Attorneys for Defendant**
**MONSTER CABLE PRODUCTS, INC.**


*/s/ Debby E. Gunter*
Debby E. Gunter
Herbert A. Yarbrough, III
YARBROUGH ♦ WILCOX
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel:  (903) 595-3111
Fax:  (903) 595-0191
debby@yw-lawfirm.com
trey@yw-lawfirm.com

**COUNSEL FOR DEFENDANT**
**ROSS STORES, INC.**

*/s/ Allen F. Gardner*
Michael E. Jones (TX Bar No. 10929400)
Allen F. Gardner (TX Bar No. 24043679)
POTTER MINTON, PC
110 N. College Avenue, Suite 500
Tyler, TX  75702
Tel:  (903) 597 8311
Fax:  (903) 593 0846
mikejones@potterminton.com
allengardner@potterminton.com

Brian E. Turung
FAY SHARPE
1228 Euclid Avenue, Suite 500
Cleveland, OH  44115
Tel:  (216) 363-9000
Fax:  (216) 363-9001

**COUNSEL FOR DEFENDANT
APPLIED INDUSTRIAL TECHNOLOGIES,
INC.**

*/s/ Scott Stevens*
Scott Stevens (TX Bar No. 00792024)
STEVENS LOVE
P.O. Box 3427
Longview, TX  75606
Tel:  (903) 753-6760
Fax:  (903) 753-6761
scott@stevenslove.com

Daniel J. Schwartz
SEYFARTH SHAW LLP
131 S. Dearborn Street - Suite 2400
Chicago, IL  60603
Tel:  (312) 460-5000
Fax:  (312) 460-7000
dschwartz@seyfarth.com

**ATTORNEYS FOR WHERE2GETIT, INC.; VF OUTDOOR, INC. D/B/A THE NORTH FACE; CHICK-FIL-A, INC.; MONSTER CABLE PRODUCTS, INC.; PATAGONIA, INC.; TCF CO. LLC, THE CHEESECAKE FACTORY INC.; VIEWSONIC CORP.; AND THE TIMBERLAND CO. D/B/A TIMBERLAND CO.**

*/s/ Timothy S. Durst*
Timothy S. Durst (TX Bar No. 00786924)
Lead Attorney
Chad C. Walters (TX Bar No. 24034730)
Susan Cannon Kennedy (TX Bar No. 24051663)
BAKER BOTTS LLP
2001 Ross Avenue, Suite 600
Dallas, TX  75201-2980
Tel:  (214) 953-6500
Fax:  (214) 953-6503
tim.durst@bakerbotts.com
chad.walters@bakerbotts.com
susan.kennedy@bakerbotts.com

Christopher W. Kennerly (TX Bar No. 00795077)
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA  94304
Tel:  (650) 739-7502
Fax:  (650) 739-7601
chris.kennerly@bakerbotts.com

Benjamin R. Johnson (TX Bar No. 24065495)
BAKER BOTTS LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX   78701-4078
Tel:  (512) 322-2500
Fax:  (512) 322-2501
ben.johnson@bakerbotts.com


**ATTORNEYS FOR DEFENDANTS**
**YELLOWPAGES.COM LLC, AT&T**
**MOBILITY LLC AND AT&T SERVICES, INC.**

*/s/ Matthew A. Braunel*
Dean L. Franklin
Matthew A. Braunel
Anthony F. Blum
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
Tel:  (314) 552-6000
Fax:  (314) 552-7000
dfranklin@thompsoncoburn.com
mbraunel@thompsoncoburn.com
ablum@thompsoncoburn.com

**Attorney for Defendant
GANDER MOUNTAIN COMPANY**


*/s/ Michael E. Schonberg*
Bruce S. Sostek (TX Bar No. 18855700)
Michael E. Schonberg (TX Bar No. 00784927)
Vishal Patel (TX Bar No. 24065885)
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201
Tel:  (214) 969-1700
Fax:  (214) 969-1751
Bruce.Sostek@tklaw.com
Mike.Schonberg@tklaw.com
Vishal.Patel@tklaw.com

**Attorneys for Defendants
VF Corporation;
VF Jeanswear, L.P.**

*/s/ Dru Montgomery*
J. Thad Heartfield (TX Bar No. 09346800)
Dru Montgomery (TX Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX  77706
Tel:  (409) 866-3318
Fax:  (409) 866-5789
thad@jth-law.com
dru@jth-law.com

OF COUNSEL:

Guy A. Reiss (pro hac vice)
Henry J. Cittone (pro hac vice)
REISS+PREUSS LLP
1350 Avenue of the Americas, Suite 2900
New York, NY 10019
Tel:  (646) 731-2770

**ATTORNEYS FOR DEFENDANT
MIELE INCORPORATED**

*/s/ Ury Fischer*
Ury Fischer (FL Bar No. 0048534)
LOTT & FISCHER, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
Tel:  (305) 448-7089
Fax:  (305) 446-6191
ufischer@lfiplaw.com

Michael E. Jones (TX Bar No. 10929400)
Allen F. Gardner (TX Bar No. 24043679)
POTTER MINTON, PC
110 N. College Avenue, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Tel:  (903) 597-8311
Fax:  (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT
BROWN JORDAN INTERNATIONAL, INC.**

*/s/ Charles L. Stinneford*

Charles L. Stinneford (TX Bar No. 00785057)
David V. Bryce (TX Bar No. 24052876)
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
1980 Post Oak Boulevard, Suite 1800
Houston, TX 77056
Tel: (713) 333-5500
Fax: (713) 333-5501
cstinneford@gordonarata.com
dbryce@gordonarata.com

**Attorneys for Payless Car Rental System, Inc. and
Avalon Global Group, Inc.**

*/s/ M. Dru Montgomery*
David M. Stein (TX State Bar No. 00797494)
AKIN GUMP STRAUS HAUER & FELD LLP
633 West Fifth Street, Suite 5000
Los Angeles, CA 90071
Tel:  (213) 254-1200
Fax:  (213) 254-1201
dstein@akingump.com

J. Thad Heartfield (TX Bar No. 09346800)
M. Dru Montgomery (TX Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX  77706
Tel:  (409) 866-3318
Fax:  (409) 866-5789
thad@jth-law.com
dru@jth-law.com

***Counsel for Defendants***
***Conn's Appliances, Inc., Conn's Inc., and Deli***
***Management, Inc. d/b/a Jason's Deli***

_/s/ Elizabeth L. DeRieux_

Elizabeth L. DeRieux
CAPSHAW DERIEUX, LLP
114 E. Commerce Avenue
Gladewater, TX  75647
Tel:  (903) 236-9800
Fax:  (903) 236-8787
ederieux@capshawlaw.com

H. Jonathan Redway, Lead Attorney
DICKINSON WRIGHT PLLC
1875 I Street, NW, Suite 1200
Washington, DC 20006
Tel:  (202) 457-0160
Fax:  (202) 659-1559
jredway@dickinsonwright.com

**Attorneys for Defendant Carhartt Inc.**

_/s/ James C. Tidwell_

Andre R. Barry (NE Bar No. 22505)
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, LLP
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
Tel:  (402) 474-6900
Fax:  (402) 474-5393
abarry@clinewilliams.com

James C. Tidwell (TX Bar No. 20020100)
WOLFE, TIDWELL & McCOY, LLP
320 N. Travis, Suite 205
Sherman, TX 75090
Tel:  (903) 868-1933
Fax:  (903) 892-2397
jct@wtmlaw.net

**Attorneys for Defendant
Godfather's Pizza, Inc.**

*/s/ J. Thad Heartfield*

J. Thad Heartfield (TX Bar No. 09346800)
M. Dru Montgomery (TX Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel:  (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Michael R. Annis
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite, 600
St. Louis, MO  63105
Tel:  (314) 480-1500
Fax:  (314) 480-1505
mike.annis@huschblackwell.com

**Attorneys for Defendant
Bakers Footwear Group, Inc.**

*/s/ Allen F. Gardner*

Michael E. Jones (TX Bar No. 10929400)
Allen F. Gardner (TX Bar No. 24043679)
POTTER MINTON, PC
110 N. College Avenue, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Tel:  (903) 597-8311
Fax:  (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

Anthony Shaw
shaw.anthony@arentfox.com
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone: 202.857.6227
Fax: 202.857.6395
**Attorneys for Defendant
Diesel U.S.A. Inc.**

*/s/ Paul B. Kerlin*
Joseph M. Schreiber
Texas Bar No. 24037449
Paul B. Kerlin
Texas Bar No. 24044480
VORYS, SATER, SEYMOUR AND PEASE LLP
700 Louisiana Avenue, Suite 4100
Houston, Texas  77002
Tel: 713-588-7000
Fax: 713-588-7050
jmschreiber@vorys.com
pbkerlin@vorys.com

William H. Oldach III, pro hac vice
VORYS, SATER, SEYMOUR & PEASE LLP
1909 K Street, N.W., 9th Floor
Washington, DC  20006
Phone:  202-467-8800
Facsimile:  202-533-9024
E-mail:  wholdach@vorys.com

Robert T. Veon
Texas Bar No. 20546550
VEON LAW FIRM, PA
117 E. Broad St.
Texarkana, AR 71854
Phone: 870-774-7390
Facsimile: 870-773-3690
Email: robert.veon@veonfirm.com

**ATTORNEYS FOR DEFENDANT
ABERCROMBIE & FITCH CO.**

*/s/ William Cornelius*
William Cornelius
State Bar No. 04834700
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:     (903) 509-5000
Facsimile:     (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT**
**PSP GROUP, LLC D/B/A PET SUPPLIES**
**PLUS**

*/s/ Gregory R. Lyons*
J. Thad Heartfield (TX Bar # 09346800)
M. Dru Montgomery (TX Bar # 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Tel: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Gregory R. Lyons
Brian H. Pandya (VA Bar # 72233)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
glyons@wileyrein.com
bpandya@wileyrein.com

**ATTORNEYS FOR DEFENDANT
MERLE NORMAN COSMETICS**

*/s/ J. Thad Heartfield*

J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@jth-law.com
        dru@jth-law.com

John P Higgins
Summa Additon & Ashe, PA
11610 N Community House Rd
Suite 200
Charlotte, NC 28277-2199
704/945-6704
Fax: 704/945-6735
Email: jhiggins@summalaw.com

**Attorneys for Defendant
Hallmark Cards Inc.**

*/s/ Philip J. Moy Jr.*
Philip J. Moy Jr. (Ohio Bar No. 0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH  44115
Telephone:  216-363-9000
Facsimile:  216-363-9001
Email: pmoy@faysharpe.com

**Attorneys for Defendant**
**Things Remembered, Inc.**

*/s/ Terrell R. Miller*
Ronald M. Gaswirth
Texas Bar No. 07752000
Terrell R. Miller
Texas Bar No. 24046446
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
rgaswirth@gardere.com
tmiller@gardere.com

**ATTORNEYS FOR DEFENDANT**
**NEW ASHLEY STEWART, INC.**

*/s/ Charles Clark*
Charles Clark  (TX #04274000)
chc@charlesclarklaw.com
CLARK & PORTER
P.O. Box 98
604 West Woldert
Tyler, TX 75702
Telephone:     903/593-2514
Facsimile:     903/595-1294

David R. Barnard (Admitted pro hac vice)
dbarnard@lathropgage.com
David R. Frye  (Admitted pro hac vice)
dfrye@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Blvd., Ste, 2400
Kansas City, MO 64108
Telephone:     913/292-2000
Facsimile:     913/292-2001

**ATTORNEYS FOR DEFENDANT
ALCO STORES, INC.**

*/s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101  Tyler, Texas  75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

Of Counsel:
Brian G. Bodine (Pro Hac Vice)
Tiffany Scott (Pro Hac Vice)
1420 Fifth Avenue, Suite 4100
Seattle, Washington  98101-2338
Telephone:  (206) 223-7000
Facsimile:  (206) 223-7107
E-mail:  bodineb@lanepowell.com
scottt@lanepowell.com

**ATTORNEYS FOR INTELIUS INC.**

By: /s/

*/s/ Hector J. Ribera*

Hector J. Ribera
CA Bar No. 221511 (Admitted E.D. Tex.)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**Attorneys for Defendant
ZOOSK, INC.**

*/s/ Lisa A. Ferrari*
Martin B. Pavane (admitted *pro hac vice*)
New York Bar No. 1528819
Lisa A. Ferrari (admitted *pro hac vice*)
New York Bar No. 2411759
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Telecopy: (212) 986-0604
Email: mpavane@cozen.com
      lferrari@cozen.com

Kendall K. Hayden
Texas State Bar No. 24046197
COZEN O'CONNOR
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
Email: khayden@cozen.com

**Attorneys for Beech Nut Nutrition Corp.**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Nathan D. Meyer
CA Bar No. 239850
Marc A. Fenster
CA Bar No. 181067
Larry C. Russ
CA Bar No. 082760
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474
Fax: (310) 826-6991
nmeyer@raklaw.com
mfenster@raklaw.com
lruss@raklaw.com

**ATTORNEYS FOR DEFENDANT
FOREVER 21 RETAIL, INC.**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Burton S. Ehrlich
John Luther
Ladas & Parry LLP
224 S. Michigan Avenue
Chicago, IL 60604
(312) 427-1300
Fax: (312) 427-6668

**ATTORNEYS FOR DEFENDANT,
HICKORY FARMS, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANT
DINEEQUITY, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

**ATTORNEYS FOR DEFENDANT
MACY'S RETAIL HOLDINGS, INC.**

/s/ J. Matt Rowan
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Joseph J. Richetti
joseph.richetti@bryancave.com
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

Thomas Jameson Adair
thomas.adair@bryancave.com
BRYAN CAVE LLP
2200 Ross Ave., Ste 3300
Dallas, TX 75201
214-721-8000
214-220-6733 (fax)

**Counsel for dELiA*s, Inc.**

*/s/ J. Matt Rowan*
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Robert G. Lancaster
rglancaster@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Tele: (310) 576-2239
Facs: (310) 260-7139

Wilhemina Joni Tyler
wilhemina.tyler@bryancave.com
BRYAN CAVE LLP
211 N Broadway, Suite 3600
St Louis, MO 63102-3600
314-259-2345
314-552-8345 (fax)

**Counsel for American Apparel, Inc.**

*/s/ Thomas W. Cunningham*

Frank A. Angileri (MI Bar No. P45611)
Thomas W. Cunningham (MI Bar No. P57899)
John S. LeRoy (MI Bar No. P61964)
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
fangileri@brookskushman.com
tcunningham@brookskushman.com
jleroy@brookskushman.com

**Attorneys for Defendants**
**Domino's Pizza, Inc. and Terex, Inc.**

*/s/ Joel T. Beres*
Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
Jack A. Wheat
Kentucky State Bar No. 75945
Jennifer L. Kovalcik
Kentucky State Bar No. 89391
Lindsay Yeakel Capps
Kentucky State Bar No. 92726
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
jwheat@stites.com
jkovalcik@stites.com
lcapps@stites.com

**Attorneys for Defendant**
**Eyemart Express, Ltd.**

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
(State Bar No. 00784720)
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, PC
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Tel:  (903) 509–5000

Peter J. Brann
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
BRANN & ISAACSON
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
Tel:  (207) 786–3566

**Attorneys for J. Crew Group, Inc.**

*/s/ Elizabeth Flannery*
Scott F. Partridge
Texas Bar No. 00786940
scott.partridge@bakerbotts.com
Elizabeth Flannery
Texas Bar No. 24045815
liz.flannery@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
william.rothwell@bakerbotts.com
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
Tel:  (713) 229-1569
Fax:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT
HEB GROCERY COMPANY, LP**

*/s/ Bradley Chambers*
Bradley Chambers
Texas State Bar No. 24001860
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ
1301 McKinney, Suite 3700
Houston, TX 77010
Tel:  (713) 286-7193
Fax:  (713) 650-9701
bchambers@bakerdonelson.com

Bradley E. Trammell (Of Counsel)
TN State Bar No. 013980
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN  38103
Tel:  (901) 577-2121
Fax:  (901) 577-0781
btrammell@bakerdonelson.com

**Attorneys for Defendant
Fred's, Inc.**

*/s/ Darren W. Saunders*
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Tel:  (214) 953-6000
Fax:  (214) 661-6645

Darren W. Saunders (admitted pro hac vice)
dsaunders@manatt.com
Alpa V. Patel (admitted pro hac vice)
avpatel@manatt.com
MANATT PHELPS & PHILLIPS LLP
Seven Times Square
New York, NY 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

**ATTORNEYS FOR DEFENDANT
H&M HENNES & MAURITZ, L.P.**

*/s/ Allen Gardner*

Jan M. Conlin (admitted pro hac vice)
Thomas C. Mahlum (admitted pro hac vice)
Andrew J. Pieper (admitted pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel:  (612) 349-8500
Fax:  (612) 339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON PC
110 N. College
500 Plaza Tower
Tyler, TX 75702
Tel:  (903) 597-8311
Fax:  (903) 593-0846

**ATTORNEYS FOR DEFENDANT
GREAT CLIPS, INC.**


*/s/ Allen Gardner*

Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel:  (612) 349-8500
Fax:  (612) 339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON PC
110 N. College Avenue, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
M.A.C. COSMETICS, INC.**

*/s/ David Bassett*
David Bassett
WilmerHale
399 Park Avenue
NY, NY 10022
212.230.8858 (Telephone)
212.230.8888 (Facsimile)
David.Bassett@wilmerhale.com

John M. Jackson
Nicole Ruble Metcalf
JACKSON WALKER LLP
901 Main Street, Suite 6000
Dallas, TX 75202-3797
Tel: (214) 953-6000
jjackson@jw.com
nmetcalf@jw.com

**Attorneys for Defendant**
**The Yankee Candle Company, Inc.**

*/s/ Scott S. Brown*
Scott S. Brown
MAYNARD, COOPER & GALE, PC
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618
Tel: (205) 254-1232
Fax: (205)254-1999
scottbrown@maynardcooper.com

**Attorney for Defendant**
**Factory Connection LLC**

*/s/ Allen F. Gardner*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT
JIMMY JAZZ E-COMMERCE, LLC**

*/s/ Thomas L. Duston*
Thomas L. Duston
State Bar. No.:  6196612
tduston@marshallip.com
Cullen N. Pendleton, Ph.D.
State Bar No.:  6283725
cpendleton@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Tel:  (312) 474-6300

**Attorneys for Defendant
Classified Ventures, LLC**

*/s/ Theodore Stevenson III*
Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
sgreskowiak@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX  75201
Tel: (214) 978-4000
Fax: (214) 978-4044

**COUNSEL FOR BILLABONG RETAIL INC.**

*/s/ J. Daniel Harkins*
J. Daniel Harkins
State Bar No. 09008990
dharkins@coxsmith.com
Marissa Dawn Helm
State Bar No. 24046273
mhelm@coxsmith.com

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205
Tel:  (210) 554-5500
Fax:  (210) 226-8395

**Attorneys for Visionworks of America, Inc.**


*/s/ Andrew C. Warnecke*
Andrew C. Warnecke (admitted pro hac vice)
Joshua J. Heidelman (admitted pro hac vice)
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
Tel: (312) 602-5000
Fax: (312) 602-5050
andrew.warnecke@bryancave.com
joshua.heidelman@bryancave.com

Thomas J. Adair
Texas Bar No. 24047753
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
Tel: (214) 721-8000
Fax: (214) 721-8100
thomas.adair@bryancave.com

**ATTORNEYS FOR DEFENDANT
BIOSCRIP, INC**

*/s/ Andy H. Chan*
Thomas F. Fitzpatrick
CA State Bar No. 193565
tfitzpatrick@goodwinprocter.com
Andy H. Chan
CA State Bar No. 242660
achan@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel:  (650) 752-3100
Fax:  (650) 853-1038

Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, PC
charley@pbatyler.com
100 E. Ferguson, Suite 1114
Tyler, TX  75702
Tel:  (903) 531-3535
Fax:  (903) 533-9687
charley@pbatyler.com

**Attorneys for Defendant
Draper's & Damon's, LLC**

*/s/ James E. Hudson III*
James E. Hudson III
Texas Bar No. 00798270
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, TX  77010
Tel:  (713) 752-8652
Fax:  (713) 425-7952 Fax
jhudson@craincaton.com

**ATTORNEY FOR DEFENDANT
CURVES INTERNATIONAL, INC.**

*/s/ Gregory L. Lippetz*

Gregory L. Lippetz
Iman Lordgooei
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tel:  (650) 739-3939
Fax:  (650) 739-3900
glippetz@jonesday.com
ilordgooei@jonesday.com

**Attorneys for Defendant
Toni&Guy USA, LLC**

*/s/ Devan V. Padmanabhan*

Devan V. Padmanabhan (admitted pro hac vice)
dpadmanabhan@winthrop.com
Justin H. Jenkins (#24051866)
jjenkins@winthrop.com
WINTHROP & WEINSTINE, PA
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN  55402
Tel:  (612) 604-6411
Fax:  (612) 604-6891

**Attorneys for Defendants
bestbuy.com, Life Time Fitness, Inc., and Jos. A.
Bank Clothiers**

*/s/ Jeffrey C. Morgan*

Todd G. Vare (admitted pro hac vice)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel:  (317) 231-7735
Fax:  (317) 231-7433
tvare@btlaw.com

Jeffrey C. Morgan
Georgia Bar No. 522667
BARNES & THORNBURG LLP
Prominence in Buckhead
3475 Piedmont Road, NE, Suite 1700
Atlanta, GA 30305
Tel:  (404) 264-4015
Fax:  (404) 264-4033
jeff.morgan@btlaw.com

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DeRIUEX LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Tel:  (903) 233-4816
Fax:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANT
WILD BIRDS UNLIMITED, INC.**

*/s/ Matias Ferrario*
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Tel:  (336) 607-7300
Fax:  (336) 607-7500

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, PC
110 N. College Avenue, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
AGCO CORP., LABORATORY
CORPORATION OF AMERICA HOLDINGS,
LABORATORY CORPORATION OF
AMERICA, VICTORINOX SWISS ARMY,
INC.,GENESCO INC., AND SUNBELT
RENTALS, INC.**

*/s/ Matias Ferrario*

Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Tel:  (336) 607-7300
Fax:  (336) 607-7500

Geoffrey Gavin
ggavin@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
Tel:  (404) 815-6500
Fax:  (404) 815-6555

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, PC
110 N. College Avenue, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Tel:  (903) 597-8311
Fax:  (903) 593-0846

**ATTORNEYS FOR DEFENDANT
THE ROCKPORT COMPANY, LLC**

*/s/ Don Tiller*
_____

David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
Donald E. Tiller
Texas State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Tel:  (214) 651-5000
Fax:  (214) 651-5940

**ATTORNEYS FOR DEFENDANT,
COLDWATER CREEK INC. AND ZALE
DELAWARE, INC.**


*/s/ Don Tiller*
_____

Thomas J. Williams (Lead Attorney)
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
201 Main Street, Suite 2200
Fort Worth, TX 76102
Tel:  (817) 347-6600
Fax: (817) 347-6650

Donald E. Tiller
State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Tel:  (214) 651-5000
Fax: (214) 651-5940

**ATTORNEYS FOR DEFENDANT,
PROGRESSIVE CONCEPTS INC.**

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Jonathan N. Zerger
jzerger@shb.com
Beth A. Larigan
blarigan@shb.com
Admitted pro hac vice
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Tel: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
CIRCLE K STORES, INC.**

*/s/ David J. Healey*
David J. Healey
healey@fr.com
Texas Bar No. 0932790
Claire M. Devine
devine@fr.com
Texas Bar No. 24080858
FISH & RICHARDSON PC
1221 McKinney, Suite 2800
Houston, TX  77010
Tel:  (713) 654-4300
Fax:  (713) 652-0109

Clayton E. Dark, Jr.
LAW OFFICE OF CLAYTON E. DARK, JR.
P.O. Box 2207
Lufkin, TX 75902-1733
Tel:  (936) 637-1733
Fax:  (936) 637-2897
cekrad@yahoo.com

**ATTORNEYS FOR BROOKSHIRE
BROTHERS, LTD.**

_/s/ B. Lance Vincent_
B. Lance Vincent
Texas Bar No. 20585580
RITCHESON, LAUFFER & VINCENT PC
2 American Center
821 ESE Loop 323, Suite 530
Tyler, TX 75701
Tel: (903) 535-2900
Fax: (903) 533-8646
lancev@rllawfirm.net

Mark P. Wine (admitted pro hac vice)
CA State Bar No. 189897
Thomas J. Gray (admitted pro hac vice)
CA State Bar No. 191411
Benjamin S. Lin (admitted pro hac vice)
CA State Bar No. 232735
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite 1100
Irvine, CA 92614
Tel: (949) 567-6700
Fax: (949) 567-6710
mwine@orrick.com
tgray@orrick.com
blin@orrick.com

**ATTORNEYS FOR DEFENDANTS ACE
HARDWARE CORPORATION,
AERPOSTALE, INC., CHARLOTTE RUSSE,
INC., CHRISTOPHER & BANKS CORP.
D/B/A/ CHRISTOPHER & BANKS D/B/A CJ
BANKS, COST PLUS, INC. D/B/A COST PLUS
WORLD MARKET, DICK'S SPORTING
GOODS, INC., BABIESRUS.COM, LLC,
TOYSRUS.COM, LLC, GEOFFREY, LLC,
TOYS "R" US, INC., TOYS "R" US-
DELAWARE, INC., GENERAL NUTRITION
CENTERS, INC., GENERAL NUTRITION
CORPORATION, GSI COMMERCE, INC.,
HAGGAR CLOTHING CO., HAGGAR
DIRECT, INC., LEVI STRAUSS & COMPANY,
MEE ACCESSORIES LLC (F/K/A MARC
ECKO ENTERPRISES ACCESSORIES, LLC),
MEE DIRECT LLC (F/K/A ECKO DIRECT,
LLC) (D/B/A MARC ECKO ENTERPRISES),
MEE APPAREL LLC (F/K/A ECKO**

**COMPLEX LLC), YAKIRA, LLC, MAURICES INC., NAUTICA RETAIL USA, INC., PETSMART INC., PETSMART STORE SUPPORT GROUP, INC., QUIKSILVER D/B/A ROXY, SPANX, INC., THE SPORTS AUTHORITY, INC., GROUPE DYNAMITE, INC., VERA WANG BRIDAL HOUSE LTD, AND VEW LTD.**

*/s/ Brian Erickson*
Brian K. Erickson
Texas Bar No. 24012594
Brian.Erickson@dlapiper.com
Henning Schmidt
Texas Bar No. 24060569
Henning.Schmidt@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 8701
Tel: (512) 457-7000
Fax: (512) 457-7001

**ATTORNEYS FOR DEFENDANTS CINNABON, INC., MOE'S FRANCHISOR, LLC, SCHLOTZSKY'S FRANCHISE, LLC, BURT'S BEES, INC., DESTINATION MATERNITY CORPORATION, CACHE INC., AND CLAIRE'S STORES INC.**

*/s/ H. Arnold Shokouhi*

Levi G. McCathern, II
State Bar No. 00787990
lmccathern@mccathernlaw.com
H. Arnold Shokouhi
State Bar No. 24056315
arnolds@mccathernlaw.com
MᴄCᴀᴛʜᴇʀɴ Mᴏᴏᴛʏ Gʀɪɴᴋᴇ, LLP
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Tel:  (214) 741-2662
Fax:  (214) 741-4717

OF COUNSEL:
William H. Mandir
Kelly G. Hyndman
Leigh Ann Lindquist
SUGHRUE MION, PLLC
2100 Pennsylvania Ave NW, Suite 800
Washington, DC 20037
Tel: (202) 293-7060
Fax: (202) 293-7860

**Attorneys for Defendant**
**KAMPGROUNDS OF AMERICA, INC.**

*/s/ Steven M. Hanle*

Steven M. Hanle
shanle@sheppardmullin.com
Mark L. Blake
mblake@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA  92626
Tel:  (714) 513-5100
Fax:  (714) 513-5130

**Attorneys for Defendant**
**HOT TOPIC, INC.**

*/s/ David K. Anderson*
David K. Anderson
SBT No. 01174100
SDT No. 7405
ANDERSON & CUNNINGHAM, PC.
1221 Lamar, Suite 1115
Houston, TX 77010
Tel:  (713) 655-8400
Fax:  (713) 650-0260

OF COUNSEL:

Julie B. Cunningham
SBT No. 05240700
SDT No. 15051
ANDERSON & CUNNINGHAM, PC
1221 Lamar, Suite 1115
Houston, TX 77010
Tel:  (713) 655-8400
Fax:  (713) 650-0260

Steven A. Haber
Matthew A. Green
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
Tel:  (215) 665-3000
Fax:  (215) 665-3165

**Attorneys for Defendant
iCIMS, Inc.**

*/s/ Joel T. Beres*
Joel T. Beres, Lead Counsel
KY State Bar No. 84376
William Charles Ferrell, Jr.
KY State Bar No. 90934
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Tel: (502) 587-3400
Fax: (502) 587-6391
jberes@stites.com
wferrell@stites.com

**ATTORNEYS FOR DEFENDANT**
**HELLO METRO INCORPORATED**

*/s/ Sherry H. Flax*
Sherry H. Flax (admitted pro hac vice)
sflax@saul.com
Sarah F. Lacey (admitted pro hac vice)
slacey@saul.com
SAUL EWING LLP
Lockwood Place
500 East Pratt Street, 9th Floor
Baltimore, MD  21202
Tel: (410) 332-8784
Fax: (410) 332-8785

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON, PC
110 N. College Avenue, Suite 500
Tyler, TX  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
U.S. VISION, INC.**

*/s/ James J. DeCarlo*

James J. DeCarlo
decarloj@gtlaw.com
Jonathan M. Dunsay, admitted *pro hac vice*
dunsayj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

Mary-Olga Lovett
lovettm@gtlaw.com
State Bar No. 00789289
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
Tel:  (713) 374-3541
Fax:  (713) 374-3505

Michael A. Nicodema (admitted pro hac vice)
Attorney in Charge
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, NJ 07932
Tel:  (973) 360-7900
Fax:  (973) 301-8410

Kimberly A. Warshawsky
warshawskyk@gtlaw.com
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
Tel:  (602) 445-8000
Fax:  (602) 445-8100

**ATTORNEYS FOR DEFENDANT
CANON U.S.A., INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Willem G. Schuurman*
Willem G. Schuurman


US 1562837v.1