IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG INC.,**<br><br>　　　**Plaintiff,**<br><br>**v.**<br><br>**FRONTIER COMMUNICATIONS<br>CORPORATION,** *et al.,*<br><br>　　　**Defendant,** | **2:10-cv-00265** |
| **GEOTAG INC.,**<br><br>　　　**Plaintiff,**<br><br>**v.**<br><br>**GEORGIO ARMANI S.P.A.;** *et al.,*<br><br>　　　**Defendants,** | **2:10-cv-00569** |
| **GEOTAG INC.,**<br><br>　　　**Plaintiff,**<br><br>**v.**<br><br>**AROMATIQUE, INC.;** *et al.,*<br><br>　　　**Defendants.** | **2:10-cv-00570** |
| **GEOTAG INC.,**<br><br>　　　**Plaintiff,**<br><br>**v.**<br><br>**GUCCI AMERICA, INC.;** *et al.,*<br><br>　　　**Defendants,** | **2:10-cv-00571** |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**STARBUCKS CORP.;** *et al.,*<br><br>    **Defendants.** | **2:10-cv-00572** |
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**RENT-A-CENTER, INC.;** *et al.,*<br><br>    **Defendants.** | **2:10-cv-00573** |
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**THE WESTERN UNION COMPANY;** *et al.,*<br><br>    **Defendants.** | **2:10-cv-00574** |
| **GEOTAG INC.,**<br><br>    **Plaintiff.**<br><br>**v.**<br><br>**ROYAL PURPLE, INC.;** *et al.,*<br><br>    **Defendants.** | **2:10-cv-00575** |

| | |
|---|---|
| **GEOTAG, INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:10-cv-00587** |
| **YAKIRA, L.L.C.;** *et al.,* | |
|     **Defendants.** | |
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:11-cv-00175** |
| **WHERE 2 GET IT, INC.;** *et al.,* | |
|     **Defendants.** | |
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:11-cv-00403** |
| **ZOOSK, INC.** | |
|     **Defendant.** | |
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:11-cv-00404** |
| **EYE CARE CENTERS OF AMERICA, INC.** | |
|     **Defendant.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00421** |
| **AMERCO,** *et al.* | |
| **Defendants.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00424** |
| **7-ELEVEN, INC.,** *et al.,* | |
| **Defendants.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00425** |
| **SUNBELT RENTALS, INC.** | |
| **Defendant.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:11-cv-00426** |
| **CLASSIFIED VENTURES, LLC.** | |
| **Defendant.** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00043** |
| **CANON INC. and,** **CANON U.S.A., INC.,** | |
| **Defendants,** | |
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00436** |
| **AMERICAN APPAREL INC.,** | |
| **Defendant,** | |
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00437** |
| **ABERCROMBIE & FITCH CO.,** | |
| **Defendant,** | |
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00438** |
| **AMERICAN EAGLE OUTFITTERS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00439** |
| **ANN INC.,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00441** |
| **BURLEIGH POINT LTD.,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00442** |
| **CATALOGUE VENTURES, INC.,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00443** |
| **BURBERRY LIMITED,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**BURLINGTON FACTORY WAREHOUSE CORPORATION,**<br><br>     **Defendant,** | **2:12-cv-00444** |
| **GEOTAG INC.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**CACHE INC.,**<br><br>     **Defendant,** | **2:12-cv-00445** |
| **GEOTAG INC.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**THE WILLIAM CARTER COMPANY,**<br><br>     **Defendant,** | **2:12-cv-00446** |
| **GEOTAG INC.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**CHARMING SHOPPES INC.,**<br><br>     **Defendant,** | **2:12-cv-00447** |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | 2:12-cv-00448 |
| CHICO'S FAS INC., | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | 2:12-cv-00449 |
| CITI TRENDS INC., | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | 2:12-cv-00450 |
| CLAIRE'S BOUTIQUES, INC., | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | 2:12-cv-00451 |
| COLDWATER CREEK INC., | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | 2:12-cv-00452 |
| **DAVID'S BRIDAL INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | 2:12-cv-00453 |
| **DEB SHOPS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | 2:12-cv-00454 |
| **DELIA S INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | 2:12-cv-00455 |
| **DESTINATION MATERNITY CORPORATION,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**DIESEL U.S.A. INC.,**<br><br>     **Defendant,** | **2:12-cv-00456** |
| **GEOTAG INC.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**DONNA KARAN INTERNATIONAL INC.,**<br><br>     **Defendant,** | **2:12-cv-00457** |
| **GEOTAG INC.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**LVMH MOET HENNESSY LOUIS VUITTON INC.,**<br><br>     **Defendant,** | **2:12-cv-00458** |
| **GEOTAG INC.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**DOTS, LLC,**<br><br>     **Defendant,** | **2:12-cv-00459** |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00460** |
| **DRAPER'S & DAMON'S INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00461** |
| **EDDIE BAUER LLC,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00462** |
| **ESPRIT US RETAIL LIMITED,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00463** |
| **FACTORY CONNECTION LLC,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00464** |
| **THE FINISH LINE INC.,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00465** |
| **FOREVER 21 RETAIL INC.,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00466** |
| **FORMAL SPECIALISTS LTD.,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00467** |
| **FREDERICK'S OF HOLLYWOOD STORES INC.,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00468** |
| **GROUPE DYNAMITE, INC. D/B/A GARAGE,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00469** |
| **GUESS? RETAIL INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00470** |
| **H & M HENNES & MAURITZ LP,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00471** |
| **HANESBRANDS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00472** |
| **HOT TOPIC INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00473** |
| **HUGO BOSS FASHION INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00474** |
| **J. CREW GROUP INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00475** |
| **JIMMY JAZZ INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00476** |
| **JOS. A. BANK CLOTHIERS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00477** |
| **ALCO STORES INC.** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00478** |
| **FRED'S INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00479** |
| **BAKERS FOOTWEAR GROUP,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00480** |
| **BROWN SHOE COMPANY INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00481** |
| **COLLECTIVE BRANDS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00482** |
| **CROCS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00483** |
| **DSW INC. D/B/A DSW SHOE INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00484** |
| **FLEET FEET INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00486** |
| **GENESCO INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00487** |
| **HEELY'S INC,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00488** |
| **JUSTIN BOOT COMPANY,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00520** |
| **AMERICAN GREETINGS CORPORATION,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00521** |
| **HALLMARK CARDS, INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00522** |
| **HICKORY FARMS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00523** |
| **SPENCER GIFTS LLC,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00524** |
| **INTERNATIONAL COFFE & TEA, LLC,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00525** |
| **THINGS REMEMBERED, INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00526** |
| **THE YANKEE CANDLE COMPANY,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00527** |
| **BOSE CORPORATION,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00528** |
| **GUITAR CENTER INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00529** |
| **PROGRESSIVE CONCEPTS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00530** |
| **24 HOUR FITNESS WORLDWIDE INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00531** |
| **BALLY TOTAL FITNESS CORPORATION,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00532** |
| **BARE ESCENTUALS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00533** |
| **BIOSCRIP INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00534** |
| **CRABTREE & EVELYN,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00535** |
| **CURVES INTERNATIONAL INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00536** |
| **GOLD'S GYM INTERNATIONAL INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00537** |
| **GREAT CLIPS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00538** |
| **L.A. FITNESS INTERNATIONAL LLC,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00539** |
| **LIFE TIME FITNESS INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00540** |
| **M.A.C. COSMETICS INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00541** |
| **MERLE NORMAN COSMETICS,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00542** |
| **VITAMIN COTTAGE NATURAL FOOD MARKETS, INC.,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| **Plaintiff,** | |
| **v.** | **2:12-cv-00543** |
| **REGIS CORPORATION,** | |
| **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00544** |
| **SALLY BEAUTY SUPPLY LLC,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00545** |
| **SEPHORA USA INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00546** |
| **TONI & GUY USA, LLC,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,** | |
| Plaintiff, | |
| v. | **2:12-cv-00547** |
| **ULTA SALON, COSMETICS & FRAGRANCE INC.,** | |
| Defendant, | |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**VITAMIN SHOPPE INDUSTRIES, INC.,**<br><br>    **Defendant,** | **2:12-cv-00548** |
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**EYEMART EXPRESS, LTD.,**<br><br>    **Defendant,** | **2:12-cv-00549** |
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**LUXOTTICA RETAIL MORTH AMERICA INC.,**<br><br>    **Defendant,** | **2:12-cv-00550** |
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**NATIONAL VISION INC.,**<br><br>    **Defendant,** | **2:12-cv-00551** |

| | |
|---|---|
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**U.S. VISION INC.,**<br><br>    **Defendant,** | **2:12-cv-00552** |
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**WILD BIRDS UNLIMITED INC.,**<br><br>    **Defendant,** | **2:12-cv-00553** |
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**JOS. A. BANK CLOTHIERS INC.,**<br><br>    **Defendant,** | **2:12-cv-00554** |
| **GEOTAG INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**BUTH-NA-BODHAIGE INC.,**<br><br>    **Defendant,** | **2:12-cv-00555** |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00556** |
| **PSP GROUP, LLC,** | |
|     **Defendant,** | |

| | |
|---|---|
| **GEOTAG INC.,** | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00557** |
| **RITZ INTERACTIVE LLC,** | |
|     **Defendant,** | |

| | |
|---|---|
| **WHERE 2 GET IT, INC.;** *et al.,* | |
|     **Plaintiff,** | |
| **v.** | **2:12-cv-00149** |
| **GEOTAG INC.,** | |
|     **Defendant.** | |

**PLAINTIFF GEOTAG, INC.'S NOTICE OF APPEARANCE OF DAVID R. BENNETT**

Plaintiff GeoTag, Inc. ("GeoTag") in the above captioned civil actions hereby notifies the

Court and all parties that the following person, in addition to those who previously gave notice,

is appearing as counsel of record:

> David R. Bennett
> Illinois State Bar No. 6244214
> Direction IP Law
> P.O. Box 14184
> Chicago, IL 60614-0184
> Telephone: (312) 291-1667
> E-mail:  dbennett@directionip.com

Mr. Bennett is admitted to the bar of the United States District Court for the Eastern

District of Texas.

Dated:  September 24, 2012                    Respectfully submitted,

> _/s/ David R. Bennett_____
> By:   David R. Bennett
>       Direction IP Law
>       P.O. Box 14184
>       Chicago, IL 60614-0184
>       Telephone: (312) 291-1667
>       e-mail:  dbennett@directionip.com
>
>       Andrew Spangler
>       Texas State Bar No. 24041960
>       Spangler & Fussell, PC
>       208 N. Green Street
>       Suite 300
>       Longview, TX 75601
>       Telephone: (903) 753-9300
>       e-mail: spangler@sfipfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 24, 2012, to all counsel of record who are deemed to have consented to electronic service by the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ David R. Bennett*
David R. Bennett